THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Velma Ruth Johnson,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-497
Submitted June 9, 2003  Filed August 
 26, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Velma Ruth Johnson appeals from 
 her guilty plea to distribution of crack cocaine within proximity of a school.  
 She contends the circuit court erred by accepting her plea without detailing 
 the importance of the rights she was waiving.  Johnsons counsel attached to 
 the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  After a thorough review of 
 the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Johnsons appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.